UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PATRICK AUSTIN,

                          Plaintiff,           24-CV-9233 (JMF)

                          -v-                  MEDIATION REFERRAL ORDER

HASAKI RESTAURANT, INC. and
210 9TH STREET LLC,

                         Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. **The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled (by separate Order to be entered today) for March 18, 2025.** The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

      SO ORDERED.

Dated: December 5, 2024
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge